```
                                                               FILED
                                                            JAN 1 6 2008
              IN THE UNITED STATES DISTRICT COURT        RICHARD W. WIEKING
                                                         CLERK, U.S. DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA    NORTHERN DISTRICT OF CALIFORNIA
```

|  |  |
|---|---|
|  | Case Nos: |
| JONATHAN LEE RICHES, | C 08-0068 MJJ (PR)   C 08-0079 MJJ (PR) |
|  | C 08-0069 MJJ (PR)   C 08-0080 MJJ ( PR) |
|  | C 08-0070 MJJ (PR)   C 08-0081 MJJ (PR) |
| Plaintiff, | C 08-0071 MJJ (PR)   C 08-0082 MJJ (PR) |
|  | C 08-0072 MJJ (PR)   C 08-0083 MJJ (PR) |
| v. | C 08-0073 MJJ (PR)   C 08-0084 MJJ (PR) |
|  | C 08-0074 MJJ (PR)   C 08-0085 MJJ (PR) |
| JEFF FOXWORTHY, et al. | C 08-0075 MJJ (PR)   C 08-0086 MJJ (PR) |
|  | C 08-0076 MJJ (PR)   C 08-0088 MJJ (PR) |
| Defendant. | C 08-0077 MJJ (PR)   C 08-0089 MJJ (PR) |
|  | C 08-0078 MJJ (PR)   C 08-0090 MJJ (PR) |
|  | C 08-0091 MJJ (PR) |

**JUDGMENT IN A CIVIL CASE**

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

The cases above are **DISMISSED.**

Dated:       1/16/2008                         Richard W. Wieking, Clerk

                                               By: *M Marcus* (signature)
                                               Monica Tutson, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>    Plaintiff,<br><br>v.<br><br>JEFF FOXWORTHY et al,<br><br>    Defendant. | Case Numbers:<br>C 08-0068 MJJ (PR)  C 08-0079 MJJ (PR)<br>C 08-0069 MJJ (PR)  C 08-0080 MJJ ( PR)<br>C 08-0070 MJJ (PR)  C 08-0081 MJJ (PR)<br>C 08-0071 MJJ (PR)  C 08-0082 MJJ (PR)<br>C 08-0072 MJJ (PR)  C 08-0083 MJJ (PR)<br>C 08-0073 MJJ (PR)  C 08-0084 MJJ (PR)<br>C 08-0074 MJJ (PR)  C 08-0085 MJJ (PR)<br>C 08-0075 MJJ (PR)  C 08-0086 MJJ (PR)<br>C 08-0076 MJJ (PR)  C 08-0088 MJJ (PR)<br>C 08-0077 MJJ (PR)  C 08-0089 MJJ (PR)<br>C 08-0078 MJJ (PR)  C 08-0090 MJJ (PR)<br>                            C 08-0091 MJJ (PR) |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan Lee Riches
F.C.I. Williamsburg
Prisoner Id 40948-018
P.O. Box 340
Salters, SC 29590

Dated: January 16, 2008

*MNarcisse*
Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk